(106 So. 347)

**Ex parte Ed RIKARD. (1 Div. 402.)**

(Supreme Court of Alabama. Nov. 27, 1925.)

Certiorari to Court of Appeals.

Hybart & Hare, of Monroeville, for petitioner. Harwell G. Davis, Atty. Gen., opposed.

THOMAS, J. Petition of Ed Rikard for certiorari to the Court of Appeals, to review and revise the judgment and decision of that court in the case of Rikard v. State, 106 So. 347. Writ denied.

ANDERSON, C. J., and SOMERVILLE and BOULDIN, JJ., concur.